IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

ELLIJAY TELEPHONE COMPANY      :
                                                            :
              Movant,                            :
                                                            :
v.                                                          :        CIVIL ACTION NO.
                                                            :        2:14-MI-00004-WCO-JCF
RIGHTSCORP, INC.,                         :
                                                            :
              Respondent.                      :

## ORDER

This case is before the Court on the Motion To Quash Subpoena And For Sanctions filed by Ellijay Telephone Company ("ETC").  (Doc. 1).  ETC, an internet service provider, moves to quash a subpoena issued to it by Rightscorp, Inc. in which Rightscorp seeks information about ETC's subscribers, identified by IP addresses, including names, addresses, telephone numbers, and e-mail addresses.  (*Id.*).  Rightscorp is **DIRECTED** to file a response to Plaintiff's motion **no later than November 28, 2014.**  ETC may file a reply **no later than December 12, 2014**.

The Clerk is **DIRECTED** to send a copy of this Order to the attorneys for Rightscorp listed on the Certificate of Service attached to ETC's motion.  (Doc. 1 at 19).

1

2

**IT IS SO ORDERED** this <u>14th</u> day of <u>November</u>, 2014.

/s/  J. CLAY FULLER

J. CLAY FULLER

United States Magistrate Judge
